17

## United States District court for the eastern district of Michigan

Herbert Studstill El

(Plaintiff, in person)

Vs.

City of Romulus, Michigan

1111 Wayne Rd

Romulus Michigan 48174

734-942-7540

Lawsuit / Petition

Case:2:15-cv-12545
Judge: Friedman, Bernard A.
MJ: Majzoub, Mona K.
Filed: 07-17-2015 At 11:43 AM
CMP HERBERT STUDSTILL EL V CITY OF
ROMULUS (LG)

Establishment of Jurisdiction, in according with the rules of this court

The U.S. District court has all authority pursuant to U.S. Constitution art. (3) Section (2) and U.S. constitution amendment (7) .This is a cause of action (lawsuit /petition) to hold the defendants responable for the following violations of constitutional rights.

Authorites for which the plaintiff stands:

(1)    Amendment 4 (1791)

(2)    Amendment 5 (1791)

(3)    Amendment 1 (1791)

(4)    Amendment 9 (1791)

(5)    Moorish zodiac constitution articles 1 -7

11864'

**Authorities for which the defendants stand:**
**Romulus, Michigan Charter.**

**Chapter 1 section 1. 1 "name and incorporation. "the municipal corporation created by the vote of the electors on the 5th day of November a.d. 1968 to be known as the " city of Romulus" shall be a body corporate and politic and shall have perpetual succession ."**

**Chapter 3 section 3. 1 general powers "unless otherwise provided or limited in this charter the city and its officers shall be vested with any and all powers, privileges and immunities expressed and implied which cites and their officers are hereafter may be. Permitted to exercise or to provide in their charters under the constitution and laws of the state of Michigan, including all powers, privileges and immunities which cities are or may be. Permitted to provide in this (their) chapters by the act. No. 279 of the public acts of 1909 (mcl 117.1 ET. Seg) as amended as fully and completely or though those powers, privileges and immunities were specifically enumerated in and provided for in this charter and in no case shall any enumeration of particular powers, privileges or immunities in this charter be held to be exclusive."**

**Chapter 3 section 2 (additional powers)**

> **(a)    The city may sue and be sued in its corporate name, may plead or be impleaded in all courts of law in all actions whatsoever.**

**(Brief summary of this case)**

**On May 21, 2015, I plaintiff Herbert Standstill El, was exercising my U.S. constitutional protected right to travel on a public roadway, upon Beverly rd. at or near Henry ruff rd. In the city of Romulus, Michigan. I was**

Pg 2

Traveling in a 1988 Buick red, with a Kickapoo territory # 3a – 0005 –El, not driving when I was stopped by a Romulus police officer. Whom indenifted by the name officer Chris Kososki / office's id. No. R219 (evidence 1) (state of Michigan uniform law citation) during this interaction with the Romulus police officer, I was falsely charged with (evidence 1) (state of Michigan) violation of Romulus ordinance 257.904. Lic –dwls reinstatement fee, ordinance 35-257-602 fail to obey a police officer and ordinance 257-328 no proof of insurance. During the course of being arrested by Romulus police. Romulus police officers smashed out the driver's side window of the car. I was placed under arrest for "license plate violation" and failure to provide driver license and registration and insurance" "writer asked the driver for his license, registration and insurance" (evidence # 2pg. 3) (reporting officer narrative).

I advised the Romulus police (officer's) that I was a traveler using my U.S. constitutional rights and that I was not a driver. But I was still placed under arrest and the following property was taken from me. (Evidence # 2 pg. 3)(Reporting officer narrative) evidence & seized items.

(1)  Kickapoo territory # 3a-0005-el Moorish national plate (61/295 rights of indigenous peoples exp 01-20.

(2)  The Moorish holy temple of science of the world id card bearing the name of Herbert Studstill El

(3)  Misc. paperwork ( title for a vessel)

(4)  Smith & Wesson swat knife ( black /silver)

(5)  Samsung video recorder

(Vehicle)

1988 Buick red "vehicle impounded with crova towing studstill was arrested and transported to rpd by unit # 201, then he was booked by lt. Ladach. Studstill was issued citations #R 551389 & # R 551391 for driving an unregistered motor vehicle, obstructings, interference dwls, fail to obey a p.o. and no proof of insurance." (Evidence #3 reporting officer

narrative)(Incident report related property list)(Evidence # 4 & 5 pg.
7)(Incident report related vehicle last)(Evidence #6 pg. 6).
At this time I Herbert Studstill El, an aboriginal / indigenous, Moorish
national, suffer injuries by the Romulus police for using a U.S.
constitutional right to travel. (Evidence # 7)(Romulus police department
auto tow report).

### (Statement of law, in support of brief summary of this case)

(Evidence # 1)(State of Michigan uniform law citation). The city of Romulus
police arrested me for (1) ordinance 257.904 lic-dwls /reinstatement fee. (2)
Ordinance 35-257-602 fail to obey a police officer. (3) Ordinance 257.328 no
proof of insurance.
First of all, I was not a driver at the time city of police stopped me. I was
merely exercising my U.S. constitutional right to travel.

(1)   Lawful definition of a driver? ans. "one employed in conducting
      coach carriage, wagon or other animals or a bicycle, tricycle, or
      motor car, trough not a street railroad car. ( Davis v. petrinovich ,
      112 ala. 654,2 south 344, 36 l. r.a. 615 ; gen. St. conn 1902)

The fact was stated to the city of Romulus police (evidence 2) when I was
stopped that I was not a driver. But was exercising my 1st, 4th, 5th & (9th
amendments. U.S. constitutional rights. As well as my Moorish zodiac
constitutional rights. I was traveling not a driver nor driving.

(2)   Lawful definition of traveling? Ans. "traveling is passing from
      place to place act of performing journey and traveler is person who
      travels" ( in re archy ( 1858), a c 47)

54

The fundamental right to travel is not a privilege, which the city of Romulus police officers can grant at will. The city of Romulus police officers was acting under the color of law. When they cited me on 21 may 2015.

(3) Lawful definition of color of law? ans. "the appearance or semblance without the substance of legal right" (McClain v. Des Moines, 174 U.S. 108. 19 sup. Ct. 44, 43 1. Ed 936)

The city of Romulus police officers also took on the color of authority when they assumed that their local ordinances, cam take away a citizen right to travel.

(4) Lawful definition of color of authority? ans. "that semblance or presumption of authority sustaining the acts of a public officer which is derived from his apparent title to office or from a writ or other process in his hands apparently valid and regular" (state v. Oates 80 was 634, 57 N.W. 290, 39 am St. Rep912; Wyatt v. Monroe 277 ct. 208)

Also this court needs to take notice of the following case law.

    (a)    " the right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the fifth amendment, so much is conceded by the solicitor general in Anglo Saxon law that right was emerging at least as early as magna carta (Kent v. Dulles 357. U.s. 116,125)

    (b)    "the right of the citizen to travel upon the public highways and to transport his property thereon, either by a carriage or automobile is not a mere privilege which a city may prohibit or permit at will, but a common right which he has under the right to life, liberty and the pursuit of happiness" (Thompson v. smith 154 s.e. 579)

(Evidence # 2)(Reporting officer narrative) written by officer Kososki, C (R219). On 05/21/2015, 10:22 a.m. officer Kososki would have the court to assume that he had probable cause or there was a reason of suspicion of a crime being committed by the Plaintiff. When he( officer Kososki) stated " writer, cpl.Kososki, observed listed vehicle traveling east on Beverly rd.

P3 5

with a non- valid license plate bearing the name of Kickapoo territory # 3 A-0005-E1 " "writer effected a traffic stop on listed vehicle for a license plate violation"

There is no law that makes me the plaintiff, to have to enter into a contract with the city of Romulus, Michigan. This court should take mandatory judicial note of the follow cases.

(5) "the California constution in article 1 section 8( and similar statements made in all other state constitutions) mandates that no one " be compelled to be a witness an against himself" is in agreement with the supreme court ruling in Haynes v. u.s., 390 u.s. 85,88 s.ct. 722, wherein the ruling was that to force anyone to register anything are communicative and such communicative evidence is precluded by the 5th amendment."

Therefore it was no probable cause to stop the plaintiff, and officer Kososki, was acting on the color of law & color of authority for violating the plaintiff U.S. constitutional rights. In which he was under oath of law to support and protect the u.s.constitution. As it was stated early in the charter of the city of Romulus, Michigan.

(Evidence # 2)(Reporting officer narrative) Romulus police under oath made a statement that they deprived the plaintiff of my U.S. constutional right to travel, when they stated "writer advised the driver that his license plate is not valid and that he needs to provide valid driver's license, which he would not provide after many requests"

The court shall take notice of the following case.

(6) " to be that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land"(hoke v. Henderson, 15 n.c. 1525 am Dec 677)

(7) "the claim and exercise of a constitutional right cannot be converted into a crime (miller v. u.s. 230 f 2d 486, 489)

P5 6

(8) "No one is bound to obey an unconstitutional law and no court are bound to enforce it" (16 am jur 2nd sec 177 late 2d sec 256)

The city of Romulus, Michigan, police officers violated the plaintiff Herbert Studstill El, U.S. constitutional protected rights to force a crime on him. By way of color of law with force of color of authority. Herbert Studstill El had all rights as a sovereign, aboriginal/ indigenous Moorish National, to exercise his right to travel.

The city of Romulus police officer, as public servants and shall act as such. Let the court take judicial notice of these cases.

(9) "The people of the state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created" (added stats. 1953 c 1588p. 3270, sec 1)

(10) "An officer who acts in violation of the constitution ceases to represent the government" (brook field const. co. v. Stewart 284 f. sup 94)

(11) " the police power of the state must be exercised in subordination to the provisions of the U.S. constitutions"(bacahana v. wanley 245 u.s. 60 )( panhandle eastern pipeline co vs. state)( highway commission , 294 u.s. 613)

(Conclusion)

Therefore I plaintiff, in person Herbert Studstill El, seeks the following remedy from this court.

(1) Criminal charges brought against the city of Romulus, Michigan police officers for violating there oath of office.

(2) I also seek a civil remedy from the city of Romulus, Michigan for their public officials violating my U.S. constitutional rights in the amount of 7 million U.S. dollars or anything of that value.

Said and Done, by: Herbert Studstill El



| ...te of Michigan ...iform Law Citation | Ticket No. **R551391** | ☐ Victim Involved |
|---|---|---|

| Incident No. **1501981** | Dept. No. |
|---|---|

| The People of: ☒ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County | Local Use/Arrest No. | Detection Device |
|---|---|---|

OF: **ROMULUS** | BAC | **2** of **2**

| THE UNDERSIGNED SAYS THAT ON: | Month **05** | Day **21** | Year **15** | At approximately ☒A.M. ☐P.M. **10:22** | Date of Birth | Month **10** | Day **24** | Year **75** |
|---|---|---|---|---|---|---|---|---|

| State ☒ Oper./Chauff ☐ CDL **MI** | Driver License Number **S332302497820** | | SSN (last 4 digits) |
|---|---|---|---|

| Race **B** | Sex **M** | Height **6'00** | Weight **200** | Hair **BLAC** | Eyes **BRO** | Occupation/Employer / |
|---|---|---|---|---|---|---|

Name (First, Middle, Last)
**HERBERT LEE STUDSTILL**

Street
**6296 CARNEGIE ST**

| City **ROMULUS** | State **MI** | Zip Code **48174** |
|---|---|---|

| Vehicle Plate No. | Year **0** | State **MI** | Vehicle Description (Year, Make, Color) **1988  BUIC  BUR** | Veh. Type **PA** |
|---|---|---|---|---|

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON **E/B BEVERLY RD**

AT OR NEAR **HENRY RUFF**

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **ROMULUS**

COUNTY OF **WAYNE** _____ DID THE FOLLOWING:

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv  ☐ Authorization pend. | **257.904** | **LIC-DWLS/REINSTATEMENT FEE** | 1 |
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv  ☐ Authorization pend. | **35-257-602** | **FAIL TO OBEY A POLICE OFFICER** | 2 |
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☒ Waiv  ☐ Authorization pend. | **257.328** | **NO PROOF OF INSURANCE** | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1                    2                    3

Key for Type:  C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks:
**See Report**

| CHECK IF APPROPRIATE | ☐ Damage to Property | ☐ Local Court Bond $ _____ |
|---|---|---|
| ☒ Vehicle Impounded | ☐ Injury | ☐ License Posted in Lieu of Bond |
| ☐ Traffic Crash | ☐ Death | ☐ Appearance Certificate |
| Person in Active Military Service ☐ Yes ☒ No | | ☒ None |

SEE DATE BELOW...SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before **WITHIN 14 DAYS**

Hearing Date (if applicable) on _____ ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify)        ☐ Formal Hearing Required (Court will Notify)

In the **34TH DISTRICT COURT** Court of **ROMULUS**

Court Address & Phone Number
**11131 Wayne Road Romulus, MI 48174**
**(734)  941 4462**

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best
of my information, knowledge, and belief.

| Complainant's Signature and receipt if applicable | Month | Day | Year |
|---|---|---|---|

| Officer's Name (printed) **KOSOSKI, CHRIS** | Officer's ID No. **R219** |
|---|---|

| Agency ORI **MI-8270900** | Agency Name **ROMULUS POLICE DEPARTMENT** |
|---|---|

UC-01a
(rev. 6/05)        *Printed from RMS - 06/01/2015 11:31:31*

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Romulus Police Department* | | *15-01981* |
| Victim | Offense | Date / Time Reported |
| *Society* | *ORDINANCE VIOLATION* | *Thu 05/21/2015 10:22* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**SUMMARY:**
Traffic stop on listed vehicle (1988 Buick), which resulted in an arrest of the driver for DWLS and Local Ordinances. The subject was booked and lodged at RPD with multiple citations issued. Closed.

**TRAFFIC INVESTIGATION:**
Writer, Cpl Kososki, observed listed vehicle traveling east on Beverly Rd with a non-valid license plate bearing the name of Kickapoo Territory #3A-0005-EL.
Writer effected a traffic stop on listed vehicle for a license plate violation. Cpl Westoff and Kline arrived on scene to assist. Writer made contact with the driver who only had the driver's side window rolled down about an inch or two. The driver was also video taping the traffic investigation.
Writer ask the driver for his license, registration, and insurance. The driver provided a Moorish Holy Temple of Science of the World ID Card and a Title Paperwork to a vessel that had vehicle information listed on the paperwork. Writer recognized the information to be associated with Sovereign Citizens who do not believe in Federal, State, or Local laws.
Writer advised the driver that his license plate is not valid and that he needs to provide valid driver's license, which he would not provide after many requests. Writer advised the male subject that he is delaying a police investigation and he also refused to exit the vehicle. The male subject would not listen or obey any police officers request to provided a valid driver's license or exit the vehicle. The male subject continued to interfere with a Police Officers duties by keeping himself locked inside the vehicle and keeping a barrier between himself and police officers using the locked door and rolled up window.
Writer advised the male subject that if he continues to obstruct, interfere, and disobey police commands that his window will be broken out and he will be arrested.
Writer gave the male subject a count of five to open the door, which he refused and writer used a window-punch in the lower right corner of the driver's side window.
The window shattered and fell straight down without injuring the subject or police officers.
The male subject then immediately put his hand into his right pants pocket. Cpl Kline and Kososki drew their department issued pistols and ordered the male to remove his hand from his pocket. The male subject complied as writer unlocked the door. The male then exited the vehicle where he was advised of his charges and placed under arrest by Cpl Westoff (DL/TC/BB).
A CAD search of the subject was located and revealed the subject's name and photograph to be Herbert Lee Studstill. A LEIN check revealed that Studstill has a suspended driver's license and a warrant out of Dearborn. Writer confiscated and placed to items below into evidence/safe keeping.

**EVIDENCE & SEIZED ITEMS:**
(1) Kickapoo Territory #3A-0005-EL Moorish National Plate (61/295 Rights of Indigenous Peoples Exp. 01-20
(2) The Moorish Holy Temple of Science of the World ID Card bearing the name of Herbert Studstill-El
(3) Misc Paperwork (Title for a Vessel)
(4) Smith & Wesson SWAT Knife (Black/Silver)
(5) Samsung Video Recorder

**VEHICLE:**
1988 Buick (Refer to Vehicle section for details).

Evidence 2

## REPORTING OFFICER NARRATIVE

*Romulus Police Department*

| | | OCA |
| --- | --- | --- |
| | | *15-01981* |
| Victim | Offense | Date / Time Reported |
| *Society* | *ORDINANCE VIOLATION* | *Thu 05/21/2015 10:22* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY



**DISPOSITION:**

Vehicle impounded with Crova Towing. Studstill was arrested and transported to RPD by Unit#201, then he was booked by Lt. Ladach. Studstill was issued citations #R551389 & #R551391 for Driving an Unregistered Motor Vehicle, Obstructing, Interference, DWLS, Fail to obey a P.O. and No Proof of Insurance.

**STATUS:**

Closed.

( ευidence 3 )

## Incident Report Related Property List

*Romulus Police Department*

OCA: *15-01981*

**1**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| *MOORISH TEMPLE CARD* | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | *$0.01* | *1.000* | | *Locally* |

| Status | Date | NIC # | | State # | | Local # | OAN |
|---|---|---|---|---|---|---|---|
| *Evidence Siezed* | *05/21/2015* | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| *\* No name \** | | | | | | |

Notes

**2**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| *S&W KNIFE* | | | *S&W* | | *SWAT* | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| *Black/Silver* | | | | *$0.01* | *1.000* | | *Locally* |

| Status | Date | NIC # | | State # | | Local # | OAN |
|---|---|---|---|---|---|---|---|
| *Safekeeping* | *05/21/2015* | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| *\* No name \** | | | | | | |

Notes

**3**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| *MISC PAPERWORK* | | | | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | *$0.01* | *1.000* | | *Locally* |

| Status | Date | NIC # | | State # | | Local # | OAN |
|---|---|---|---|---|---|---|---|
| *Other* | *05/21/2015* | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| *\* No name \** | | | | | | |

Notes

**4**

| Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| *SAMSUNG HD CAMCORDER* | | | *SAMSUNG* | | | | |

| Color | Serial No. | | | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | *$0.01* | *1.000* | | *Locally* |

| Status | Date | NIC # | | State # | | Local # | OAN |
|---|---|---|---|---|---|---|---|
| *Evidence Siezed* | *05/21/2015* | | | | | | |

| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| *\* No name \** | | | | | | |

Notes

( EVIDENCE #4 )

## Incident Report Related Property List

*Romulus Police Department*

OCA: *15-01981*

| 5 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | *KICKAPOO TERRITORY PLATE* | | | | | | | |

| Color | Serial No. | | Value | | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| | | | | *$0.01* | *1.000* | | *Locally* |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| *Evidence Siezed* | *05/21/2015* | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| * No name * | | | | | |

Notes

( Evidence #5 )

# Incident Report Related Vehicle List

*Romulus Police Department*

OCA: *15-01981*

| | | | | |
|---|---|---|---|---|
| **1** | VehYr/Make/Model *1988 BUIC, Park Avenue* | Style *4D* | Color *BUR* | Lic/Lis ▬▬▬ | Vin *1G4CW51C7J1690614* |

| IBR Status *Impounded Vehicle* | Date *05/21/2015* | Location *32089 BEVERLY RD, ROMULUS MI* | | | |
|---|---|---|---|---|---|

| Condition | Value *$0.00* | Offense Code *9956* | Jurisdiction *Locally* | State # | NIC # |
|---|---|---|---|---|---|

| Name (Last, First, Middle) *Studstill, Herbert Lee Jr* | Also Known As | Home Address *6296 CARNEGIE ST* |
|---|---|---|
| Business Address | | *ROMULUS, MI 48174* *734-502-3802* |

| DOB. *10/24/1975* | Age *39* | Race *B* | Sex *M* | Hgt *600* | Wgt *200* | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|

Notes

(Evidence G)

| Date 5-21-15 | | Case # 15-1981 | ROMULUS POLICE DEPARTMENT AUTO TOW REPORT | | Tow Company Crova | | |
|---|---|---|---|---|---|---|---|
| Hold | | Held for Officer: | | | Entered LIEN | | Date: |
| Release | | Released By Officer: | | | Removed LIEN | | Date: |

TOWED FROM: Beverly + Henry Ruff

| LICENSE # N/A | No License | | VIN# 1G4CW51C7JI690614 | | No VIN | |
|---|---|---|---|---|---|---|
| | Confiscated | | | | UTL VIN | |

Color Burgandy  Year 1988  Make Buick Model Park Ave  Style 4 DR

OWNER: Herbert Lee Studstill Jr.  ADDRESS: 6296 Carnegie Romulus, MI 48174

Keys: - Left w/vehicle  - None  - Ignition  - Trunk  - Others  - Returned to Owner

Condition: - Drivable  - Not Drivable  - Damaged  - Stripped  - Fire Damage

Reason for tow: - Accident  - Arrest  - Recovered Stolen  - Abandoned  - Hazard
- Other _____

| | Y | N | D* | | Y | N | D* | | Y | N | D* | | Y | N | D* | *EXPLAIN DAMAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| radio | X | | | console | X | | | child seats | | X | | jack | UNK | | | Driver's Side Window |
| tape player | X | | | mirrors | X | | | tires | X | | | body | | X | | |
| speakers | X | | | windows | X | | | spare | UNK | | | other | | X | | |
| glove box | X | | | seats | X | | | hubcaps | | X | | | | | | |

PROPERTY LEFT IN VEHICLE: Numerous Clothes

TOW TRUCK DRIVER SIGNATURE: I acknowledge receipt
of vehicle and property listed above as stated:  X _Garrott Brown_

POLICE OFFICERS SIGNATURE: I acknowledge inventory
of above vehicle and property as stated:  X _C. Rade_

FORM RPD-014 (4/87)

COPY

( EVidence 8 )

( EVidence 7 )

# CIVIL COVER SHEET

County in which action arose _____

...s 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS   Herbert Studstill El

**DEFENDANTS**   City of Romulus Michigan

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Case 2:15-cv-12545
Judge: Friedman, Bernard A.
MJ: Majzoub, Mona K.
Filed: 07-17-2015 At 11:43 AM
CMP HERBERT STUDSTILL EL V CITY OF
ROMULUS (LG)

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

6290 Carnegie St
Romulus Michigan 48174

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government Defendant
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ❏ 110 Insurance
- ❏ 120 Marine
- ❏ 130 Miller Act
- ❏ 140 Negotiable Instrument
- ❏ 150 Recovery of Overpayment & Enforcement of Judgment
- ❏ 151 Medicare Act
- ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ❏ 153 Recovery of Overpayment of Veteran's Benefits
- ❏ 160 Stockholders' Suits
- ❏ 190 Other Contract
- ❏ 195 Contract Product Liability
- ❏ 196 Franchise

### REAL PROPERTY
- ❏ 210 Land Condemnation
- ❏ 220 Foreclosure
- ❏ 230 Rent Lease & Ejectment
- ❏ 240 Torts to Land
- ❏ 245 Tort Product Liability
- ❏ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ❏ 310 Airplane
- ❏ 315 Airplane Product Liability
- ❏ 320 Assault, Libel & Slander
- ❏ 330 Federal Employers' Liability
- ❏ 340 Marine
- ❏ 345 Marine Product Liability
- ❏ 350 Motor Vehicle
- ❏ 355 Motor Vehicle Product Liability
- ❏ 360 Other Personal Injury
- ❏ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ❏ 365 Personal Injury - Product Liability
- ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ❏ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ❏ 370 Other Fraud
- ❏ 371 Truth in Lending
- ❏ 380 Other Personal Property Damage
- ❏ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ❏ 440 Other Civil Rights
- ❏ 441 Voting
- ❏ 442 Employment
- ❏ 443 Housing/ Accommodations
- ❏ 445 Amer. w/Disabilities - Employment
- ❏ 446 Amer. w/Disabilities - Other
- ❏ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
- ❏ 463 Alien Detainee
- ❏ 510 Motions to Vacate Sentence
- ❏ 530 General
- ❏ 535 Death Penalty

**Other:**
- ❏ 540 Mandamus & Other
- ❏ 550 Civil Rights
- ❏ 555 Prison Condition
- ❏ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ❏ 625 Drug Related Seizure of Property 21 USC 881
- ❏ 690 Other

### LABOR
- ❏ 710 Fair Labor Standards Act
- ❏ 720 Labor/Management Relations
- ❏ 740 Railway Labor Act
- ❏ 751 Family and Medical Leave Act
- ❏ 790 Other Labor Litigation
- ❏ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ❏ 462 Naturalization Application
- ❏ 465 Other Immigration Actions

### BANKRUPTCY
- ❏ 422 Appeal 28 USC 158
- ❏ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ❏ 820 Copyrights
- ❏ 830 Patent
- ❏ 840 Trademark

### SOCIAL SECURITY
- ❏ 861 HIA (1395ff)
- ❏ 862 Black Lung (923)
- ❏ 863 DIWC/DIWW (405(g))
- ❏ 864 SSID Title XVI
- ❏ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ❏ 870 Taxes (U.S. Plaintiff or Defendant)
- ❏ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ❏ 375 False Claims Act
- ❏ 400 State Reapportionment
- ❏ 410 Antitrust
- ❏ 430 Banks and Banking
- ❏ 450 Commerce
- ❏ 460 Deportation
- ❏ 470 Racketeer Influenced and Corrupt Organizations
- ❏ 480 Consumer Credit
- ❏ 490 Cable/Sat TV
- ❏ 850 Securities/Commodities/ Exchange
- ❏ 890 Other Statutory Actions
- ❏ 891 Agricultural Acts
- ❏ 893 Environmental Matters
- ❏ 895 Freedom of Information Act
- ❏ 896 Arbitration
- ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☒ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of U.S. Constitution and State Constitution

Brief description of cause:
Violation of US Constitution False arrest and in Prison

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 7 million

CHECK YES only if demanded in complaint: men
JURY DEMAND: ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE 7-17-15

SIGNATURE OF ATTORNEY OF RECORD   Herbert Studstill El

---

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

~SUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　□ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　　　　Other than stated above, are there any pending or previously
　　　　discontinued or dismissed companion cases in this or any other　　□ Yes
　　　　court, including state court? (Companion cases are matters in which　　☒ No
　　　　it appears substantially similar evidence will be offered or the same
　　　　or related parties are present and the cases arise out of the same
　　　　transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☑ Two (2) completed **Civil Cover Sheets**.

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_____1_____ + 2 = __3__ **Complaints.**
# of Defendants        Total

Received by Clerk: _____    Addresses are complete: _____

Case: 2:15-cv-12545
Judge: Friedman, Bernard A.
MJ: Majzoub, Mona K.
Filed: 07-17-2015 At 11:43 AM
CMP HERBERT STUDSTILL EL V CITY OF
ROMULUS (LG)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee | If Asking That The Filing Fee Be Waived |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____  Receipt #:_____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br>Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed summonses for each defendant including each defendant's name and address.<br><br><br><br><br>Received by Clerk: _____ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☑ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13