# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 19, 2016

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 15-1874, *Herbert Studstill El v. City of Romulus*
    Originating Case No. : 2:15-cv-12545

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Mr. Herbert Studstill El

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-1874

_____

Filed: January 19, 2016

HERBERT STUDSTILL EL

    Plaintiff - Appellant

v.

CITY OF ROMULUS

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 12/28/2015 the mandate for this case hereby issues today.

COSTS: None